JS-6

Ruben Limonjyan, Esq., SBN 305307
**LIMONJYAN LAW GROUP, APC**
263 West Olive Avenue
Burbank, CA 91502
Tel: (213) 277-7444
*rlimonjyan@lawgroupla.com*

Garen Majarian, Esq., SBN 334104
**MAJARIAN LAW GROUP, APC**
18250 Ventura Blvd
Tarzana, CA 91356
Tel: (818) 609-0807
Fax: (818) 609-0892
*garen@majarianlawgroup.com*

*Attorneys for Plaintiff*
ELDA HERNANDEZ

Margaret Rosenthal, SBN 147501
Christopher M. Habashy, SBN 280725
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859

Email:      mrosenthal@bakerlaw.com
            chabashy@bakerlaw.com

*Attorneys for Defendant*
HOST INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HMSHOST CORPORATION, a Delaware Corporation, HOST INTERNATIONAL, INC., a Delaware Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: CV 21-5775-GW-MRWx<br><br>*[Hon. George H. Wu; Ctrm. 9D]*<br><br>**ORDER OF DISMISSAL**<br><br><br>Action Removed: July 16, 2021<br>Action Filed:       June 14, 2021 |

STIPULATION OF DISMISSAL [FRCP 41(A) AND ORDER OF DISMISSAL]; CASE NO.: 2:21-CV-05775-GW-MRWx

## ORDER

Good cause appearing, the Parties' Stipulation for Dismissal is approved. The entire action is hereby dismissed with prejudice as to all claims, causes of action, and Parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 9, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE